Electronically Filed
Supreme Court
SCWC-17-0000496
13-JUL-2022
08:44 AM
Dkt. 10 OGAC

SCWC-17-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAMES B. NUTTER & COMPANY,
Respondent/Plaintiff-Appellee,
v.
ELTON LANE NAMAHOE, SR.,
Petitioner/Defendant-Appellant,
and
SECRETARY OF HOUSING AND URBAN DEVELOPMENT,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000496; CIVIL NO. 12-1-0113)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

         Petitioner/Defendant-Appellant's Application for Writ
of Certiorari filed on June 1, 2022, is hereby accepted and will
be scheduled for oral argument.  The parties will be notified by
the appellate clerk regarding scheduling.

         DATED:  Honolulu, Hawaiʻi, July 13, 2022.

                         /s/ Mark E. Recktenwald

                         /s/ Paula A. Nakayama

                         /s/ Sabrina S. McKenna

                         /s/ Michael D. Wilson

                         /s/ Todd W. Eddins

